888 F.2d 1379
 Gaf Corp., Raymark Ind., Inc., Celotex Corp., Philip Carey
Mfg. Co., Briggs Mfg. Co., and/or Panacon Corp., Keene
Building Products Corp., Eagle-Picher Ind., Inc., Owens
Corning Fibreglas Corp., Owens Illinois, Inc., Fibreboard
Corp., Combustion Engineering, Inc., Garlock Inc., Anchor
Packing Co., Standard Asbestos Mfg. and Insulating Co.,
Flexitallic Gasket Corp.
v.
Armstrong World Ind., Inc., PGH Corning Corp., BMI, Inc.,
Babcock & Wilcox Co., Harbison Walker Ref.,
Dresser Ind., Inc.
 NO. 89-3189
 United States Court of Appeals,
Third Circuit.
 OCT 13, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.